DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS and : <br> FIONA ROSS, <br> : <br> Plaintiffs     CIVIL ACTION NO. 1:19-57 <br> : <br> v.     (JUDGE MANNION) <br> : <br> AARP SERVICES, INC., <br> AARP, INC., GRUPO : <br> COOPERATIVO SEGUROS <br> MULTIPLES, COOPERATIVA : <br> DE SEGUROS MULTIPLES DE <br> PUERTO RICO, OVERSEAS : <br> INSURANCE AGENCY, INC., <br> SEDGWICK CLAIMS : <br> MANAGEMENT SERVICES, <br> INC., VERICLAIM, INC., and : <br> BYRON GILCHREST, <br> : <br> Defendants <br> : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

    **(1)**    The Adjusters' motion to dismiss **(Doc. 137)** is **DENIED**.

    **(2)**    The motion to dismiss filed on behalf of GCSM and CMS **(Doc. 152)** is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that plaintiffs' amended complaint is **DISMISSED** as to CSM for failure of plaintiffs to properly effect service.

- 2 -

The motion is **DENIED** to the extent GCSM argues lack of personal jurisdiction and that plaintiffs' claims should be dismissed pursuant to Fed.R.Civ.P. 12(b)(6).

*s/ Malachy E. Mannion*
**MALACHY E. MANNNION**
**United States District Court**

**DATE: September 29, 2022**
19-57-02-ORDER