IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| DARIN ROSS and FIONA ROSS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:19-CV-57 |
| | ) | |
| AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MÚLTIPLES OF PUERTO RICO, OVERSEAS INSURANCE AGENCY, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., VERICLAIM, INC., and BYRON GILCHREST, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CROSS 30(b)(6) DEPOSITION OF HORIZON LOSS SOLUTIONS LLC D/B/A PHOENIX CLAIMS CONSULTING**

PLEASE TAKE NOTICE that pursuant to Rule 26, 30, and 32 of the Federal Rules of Civil Procedure, Plaintiffs, Darin Ross and Fiona Ross by and through the undersigned counsel, Law Offices of Pamela Lynn Colon, LLC, will take the deposition of Horizon Loss Solutions LLC d/b/a Phoenix Claims Consulting on **Wednesday, January 18, 2023** at **10:00 a.m**. This cross deposition will be conducted via **virtual platform**.

This deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed.

|  |  |
|---|---|
|  | LAW OFFICES OF PAMELA LYNN COLON, LLC<br>Attorney for Plaintiffs |
| DATED: January 9, 2023 | By: /s/Pamela Lynn Colon, Esquire<br>Pamela Lynn Colon, Esquire<br>VI Bar No. 801<br>2155 King Cross Street, Suite 3<br>Christiansted, St. Croix 00820<br>(340) 719-7100/(340) 719-7700 (facsimile)<br>pamelalcolon@msn.com |