IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS and FIONA ROSS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL NO. 1:19-CV-57 |
| ) | |
| AARP SERVICES, INC., AARP, INC., AARP ) | |
| OF THE VIRGIN ISLANDS, INC., GRUPO ) | |
| COOPERATIVO SEGUROS MULTIPLES, ) | |
| COOPERATIVA DE SEGUROS MÚLTIPLES ) | |
| OF PUERTO RICO, OVERSEAS INSURANCE ) | |
| AGENCY, INC., SEDGWICK CLAIMS ) | |
| MANAGEMENT SERVICES, INC., ) | |
| VERICLAIM, INC., and BYRON GILCHREST, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ADJUSTERS' NOTICE OF SERVICE

Defendants, Sedgwick Claims Management Services, Inc., Vericlaim, Inc. and Byron Gilchrest (the "Adjusters"), by and through their undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, hereby notify the Clerk of this Court that on February 9, 2023, they served the following discovery requests to all counsel of record:

1. The Adjuster' Second Set of Interrogatories and Requests for Production to Plaintiffs.

Dated: February 17, 2023

        Respectfully submitted,

        RICHARD H. HUNTER, PC

        */s/ Richard H. Hunter*
        Richard H. Hunter, Esq.
        9800 Buccaneer Mail, Box #1
        St. Thomas, VI 00802
        Tel.: (340) 714-1998
        Cell: (340) 690-1199
        Email: Rhunter@huntercolevi.com
        rhunter@rhuntervilaw.com

Joshua D. Lerner (*Pro Hac Vice*)
Florida Bar No. 455067
E-mail: jlerner@rumberger.com and
jlernersecy@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
80 S.W. 8th Street, Suite 3000
Miami, Florida  33130
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580

*/s/ Peter J. Tepley*
Peter J. Tepley (*Pro Hac Vice*)
Alabama Bar No.: ASB-1112-T46P
E-mail: ptepley@rumberger.com and
ptepleysecy@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
2001 Park Place North, Suite 1300
Birmingham, Alabama 35203
Telephone: 205.327.5550
Telecopier: 205.326.6786

***Attorneys for Sedgwick Claims Management Services, Inc., Vericlaim, Inc. and Byron Gilchrest***