IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| DARIN ROSS and FIONA ROSS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:19-CV-57 |
| | ) | |
| AARP SERVICES, INC., AARP, INC., AARP | ) | |
| OF THE VIRGIN ISLANDS, INC., GRUPO | ) | |
| COOPERATIVO SEGUROS MULTIPLES, | ) | |
| COOPERATIVA DE SEGUROS MÚLTIPLES | ) | |
| OF PUERTO RICO, OVERSEAS INSURANCE | ) | |
| AGENCY, INC., SEDGWICK CLAIMS | ) | |
| MANAGEMENT SERVICES, INC., | ) | |
| VERICLAIM, INC., and BYRON GILCHREST, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO THE ADJUSTERS DEFENDANTS' SECOND SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

COMES NOW Plaintiffs Darin Ross and Fiona Ross, by and through the undersigned counsel, and moves this Honorable Court for the entry of an Order granting an extension of time until March 30, 2023 to file Plaintiff's Response to the Adjusters Defendants' Second Set of Interrogatories and Request for Production of Documents in this matter.

Plaintiffs' responses are due today, March 13, 2023. The undersigned counsel is preparing for rape trial in a criminal case that will begin on Friday, March 17, 2023 in the Superior Court of the Virgin Islands.

In addition, counsel still need more time to finalize Plaintiffs responses in this matter.

The Adjusters Defendants' counsel has no objection to this motion. At the time of filing this motion, Counsel for Seguros Multiples and AARP Defendants did not respond at the time of filing this motion.

WHEREFORE, Plaintiffs Darin Ross and Fiona Ross asks this Honorable Court for the entry of an Order granting an extension of time until March 30, 2023 to file Plaintiffs' Response to the Adjusters Defendants' Second Set of Interrogatories and Request for Production of Documents in this matter.

LAW OFFICES OF PAMELA LYNN COLON, LLC
Attorney for Plaintiffs

DATED:  March 13, 2023

/s/ Pamela Lynn Colon, Esquire
Pamela Lynn Colon, Esquire
Law Offices of Pamela Lynn Colon, LLC
2155 King Cross Street—Ste. 3
Christiansted, VI 00820-4842
Tel:  (340) 719-7100
Fax: (340) 719-7700
pamelalcolon@msn.com