IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS and FIONA ROSS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVO SEGUROS MULTIPLES, )<br>COOPERATIVA DE SEGUROS MÚLTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and BYRON GILCHREST, )<br>)<br>)<br>Defendants. )<br>_____) | CIVIL NO. 1:19-CV-57 |

**<u>ORDER</u>**

THIS MATTER having come before this Court on Plaintiffs Darin Ross and Fiona Ross' First Motion for extension of time to respond the Adjusters Defendants' Second Set of Interrogatories and Request for Production of Documents, and the Court being duly advised in its premises, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED, and, it is further

ORDERED that the Plaintiffs Darin Ross and Fiona Ross is granted leave to file Plaintiffs' responses to the Adjusters Defendants' Second Set of Interrogatories and Request for Production of Documents in this matter until March 30, 2023.

SO ORDERED this _____ day of _____ 2023.

_____
JUDGE OF THE DISTRICT COURT