## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **DARIN ROSS and FIONA ROSS,**<br><br>                **Plaintiffs,**<br><br>    v.<br><br>**AARP, INC., AARP SERVICES, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., OVERSEAS INSURANCE AGENCY, INC., VERICLAIM, INC., and BYRON GILCHREST,**<br><br>                **Defendants.**<br>_____ | 1:19-cv-00057-MEM-EAH |

**TO:**    Pamela L. Colon, Esq.
          Karen Ellis Carr, Esq.
          Eric Roman, Esq.
          Mattie Bowden, Esq.
          Andrew C. Simpson, Esq.
          Ann Cecile O'Neill, Esq.
          Eugenio W.A. Geigel-Simounet, Esq.
          Richard H. Hunter, Esq.
          Joshua D. Lerner, Esq.
          Peter Tepley, Esq.
          Victor G. Sanabria, Esq.

## ORDER SETTING HEARING

THIS MATTER is before the Court upon Defendant AARP, Inc. and AARP Services, Inc.'s Motion for Protective Order, Dkt. No. 210, and Plaintiffs Darin Ross and Fiona Ross's Motion for Amended Case Management Order, Dkt. No. 219.

To fully consider the arguments in the briefing, it is hereby **ORDERED**:

*Ross v. AARP, Inc.*
1:19-cv-00057-MEM-EAH
Order Setting Hearing
Page 2

1. A hearing on these motions is set for **Tuesday, April 4, 2023** at **11:00 a.m.** in **STX Courtroom 3**. All counsels shall appear **in person**.

ENTER:

Dated: March 15, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE