DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS and FIONA ROSS,<br><br>        Plaintiffs,<br><br>v.<br><br>AARP, INC., AARP SERVICES, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., OVERSEAS INSURANCE AGENCY, INC., VERICLAIM, INC., and BYRON GILCHREST,<br><br>        Defendants.<br>_____ | 1:19-cv-00057-MEM-EAH |

TO:    Pamela L. Colon, Esq.
        Karen Ellis Carr, Esq.
        Eric Roman, Esq.
        Mattie Bowden, Esq.
        Andrew C. Simpson, Esq.
        Ann Cecile O'Neill, Esq.
        Eugenio W.A. Geigel-Simounet, Esq.
        Richard H. Hunter, Esq.
        Joshua D. Lerner, Esq.
        Peter Tepley, Esq.
        Victor G. Sanabria, Esq.

## ORDER

**THIS MATTER** comes before the Court on the First Motion for Extension of Time filed by Plaintiffs. Dkt. No. 241.

In the motion, Attorney Colon explained that Plaintiffs' responses to the Adjuster Defendants' Second Set of Interrogatories and Request for Production of Documents was due on March 13, 2023. *Id*. Attorney Colon indicated that she was preparing for trial in a Superior Court case scheduled to start on March 17, 2023, and that she needed additional

*Ross v. AARP, Inc.*
1:19-cv-00057-MEM-EAH
Order
Page 2

time to finalize Plaintiffs' responses. *Id*. Thus, she requested until March 30, 2023 to submit responses. *Id*. She indicated that she had emailed the opposing counsels regarding the motion, and that the Adjuster Defendants had no objection, but she had not received a response from the other co-Defendants at the time of filing. *Id*.

Accordingly, the premises considered, and the Court otherwise being duly advised, it is hereby **ORDERED**:

1. Plaintiffs' First Motion for Extension of Time, Dkt. No. 241, is **GRANTED.**

2. Plaintiffs shall have until March 30, 2023 to file their response(s).

ENTER:

Dated: March 15, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE