IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS AND FIONA ROSS,<br><br>PLAINTIFFS,<br><br>v.<br><br>AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO, OVERSEAS INSURANCE AGENCY, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., VERICLAIM, INC., AND BYRON GILCHREST,<br><br>DEFENDANTS. | CASE NO. 1:19-CV-57 (MEM-EAH) |

## [PROPOSED] ORDER

THIS MATTER comes before the Court on the unopposed Motion to Appear Remotely (the "Motion") for the April 4, 2023 hearing on Motion for Protective Order (ECF No. 210), filed by Defendants AARP Services, Inc. and AARP, Inc. ("AARP Defendants") and a Motion for Amended Case Management Order (ECF No. 219), filed by the Plaintiffs. In the Motion, AARP Defendants state that they will be represented in person at the hearing, and that additional off-island counsel and party representatives of the AARP Defendants wish to attend and observe the hearing without incurring the costs of travel to the Virgin Islands.

Having considered the Motion, this Court will grant it and allow for additional off-island counsel and party representatives of the AARP Defendants to appear at the April 4, 2023 hearing remotely.

Accordingly, it is now hereby **ORDERED**:

1. The motion by AARP Defendants to attend the April 4, 2023 hearing remotely, ECF No. ___, is **GRANTED**.

2. Counsel for AARP Defendants shall contact the Clerk of Court for remote dial-in information.

Dated: _____                             _____
                                                  Judge of the District Court