| | |
|---|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS** | |
| **DIVISION OF ST. CROIX** | |

**DARIN ROSS and FIONA ROSS,**

           **Plaintiffs,**

      **v.**

**AARP, INC., AARP SERVICES, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., OVERSEAS INSURANCE AGENCY, INC., VERICLAIM, INC., and BYRON GILCHREST,**

           **Defendants.**
_____

**1:19-cv-00057-MEM-EAH**

**TO:**    Pamela L. Colon, Esq.
        Karen Ellis Carr, Esq.
        Eric Roman, Esq.
        Mattie Bowden, Esq.
        Andrew C. Simpson, Esq.
        Ann Cecile O'Neill, Esq.
        Eugenio W.A. Geigel-Simounet, Esq.
        Richard H. Hunter, Esq.
        Joshua D. Lerner, Esq.
        Peter Tepley, Esq.
        Victor G. Sanabria, Esq.

## ORDER

**THIS MATTER** comes before the Court on the Unopposed Motion to Appear Remotely for the April 4, 2023 Hearing on Motion for Protective Order and Case Management Schedule filed by Defendants AARP Services, Inc. and AARP, Inc. ("AARP Defendants"). Dkt. No. 248.

In the motion, the AARP Defendants note that they will be represented by attorneys in-person, who will be arguing the motion for protective order. *Id*. However,

*Ross v. AARP, Inc.*
1:19-cv-00057-MEM-EAH
Order
Page 2

additional off-island counsels and party representatives of the AARP Defendants wish to

attend and observe the hearing without incurring the costs of travel to the Virgin Islands.

*Id.* Thus, certain AARP counsels and party representatives seek leave to observe the

proceedings remotely. *Id.* The AARP Defendants indicate that the motion is unopposed,

as long as none of the remote attendees testify at the hearing, which they state will not

happen. *Id.*

Accordingly, the premises considered, and the Court otherwise being duly

advised, it is hereby **ORDERED**:

1. The Unopposed Motion to Appear Remotely for the April 4, 2023 Hearing on
   Motion for Protective Order and Case Management Schedule, Dkt. No. 248, is
   **GRANTED.**

2. The AARP Defendants' counsels and party representatives shall contact the
   Clerk's office for videoconference dial-in information.


ENTER:


Dated: March 29, 2023                     /s/ Emile A. Henderson III
                                          EMILE A. HENDERSON III
                                          U.S. MAGISTRATE JUDGE