IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| DARIN ROSS and FIONA ROSS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:19-CV-57 |
| | ) | |
| AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MÚLTIPLES OF PUERTO RICO, OVERSEAS INSURANCE AGENCY, INC., | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE OF PLAINTIFFS' RESPONSE TO THE ADJUSTERS' SECOND SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that Plaintiffs Karen DeWofle and Alan DeWolfe, by and through the undersigned counsel, Law Offices of Pamela Lynn Colon, LLC, hereby give notice of serving their response to the Adjusters' Second Set of Interrogatories and Request for Production of Documents upon counsel for Defendants via email with copies to all counsel of record via email.

                                       LAW OFFICES OF PAMELA LYNN COLON, LLC
                                       Attorney for Plaintiffs

DATED: March 30, 2023        By:    /s/Pamela Lynn Colon, Esquire
                                                  Pamela Lynn Colon, Esquire
                                                  VI Bar No. 801
                                                  2155 King Cross Street, Suite 3
                                                  Christiansted, St. Croix 00820
                                                  (340) 719-7100/(340) 719-7700 (facsimile)
                                                  pamelalcolon@msn.com