# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS and FIONA ROSS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVO SEGUROS MULTIPLES, )<br>COOPERATIVA DE SEGUROS MÚLTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 1:19-CV-57 |

## NOTICE OF SERVICE OF PLAINTIFFS' SECOND SUPPLEMENTAL RULE 26(a) INITIAL DISCLOSURES

COMES NOW, Plaintiffs, Darin Ross and Fiona Ross, by and through their undersigned counsel, Law Offices of Pamela Lynn Colon, LLC, hereby provides notice that Plaintiffs' Second Supplemental Rule 26 (a) Initial Disclosures was served upon counsel for Defendants in this matter.

                                                                              LAW OFFICES OF PAMELA LYNN COLON, LLC
                                                                              Attorney for Plaintiffs

DATED:  March 31, 2023

                                                                              /s/ Pamela Lynn Colon, Esquire
                                                                              Pamela Lynn Colon, Esquire
                                                                              Law Offices of Pamela Lynn Colon, LLC
                                                                              2155 King Cross Street—Ste. 3
                                                                              Christiansted, VI 00820-4842
                                                                              Tel:  (340) 719-7100
                                                                              Fax: (340) 719-7700
                                                                              pamelalcolon@msn.com