IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS AND FIONA ROSS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVE SEGUROS MULTIPLES, )<br>COOPERATIVE DE SEGUROS MULTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and BYRON GILCHREST, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:19-CV-57 |

## **ORDER**

THIS MATTER having come before this Court on Plaintiffs Darin Ross and Fiona Ross' First Motion for Extension of Time, and the Court being duly advised in its premises, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED, and, it is further

ORDERED that the Plaintiffs Darin Ross and Fiona is granted until June 6, 2023 to file objections to the Magistrate Judge's Protective Order dated May 5, 2023 in this matter with the District Court.

SO ORDERED this \_\_\_\_\_day of _____2023.

_____
JUDGE OF THE DISTRICT COURT