IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS AND FIONA ROSS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVE SEGUROS MULTIPLES, )<br>COOPERATIVE DE SEGUROS MULTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and BYRON GILCHREST, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:19-CV-57 |

**ORDER**

THIS CAUSE COMING TO be heard on the Emergency Joint Motion to Extend the Deadline to File Stipulations of Dismissal and to Continue the Status Conference Scheduled for August 4, 2023, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Emergency Joint Motion to Extend the Deadline to File Stipulations of Dismissal and to Continue the Status Conference Scheduled for August 4, 2023, is GRANTED; and,

IT IS FURTHER ORDERED that the Parties shall file Stipulations of Dismissal on or before August 7, 2023; and,

IT IS FURTHER ORDERED that the Status Conference currently scheduled for August 4, 2023, shall be continued until _____, 2023, at _____.

2

                                            ENTERED:

DATED:                                        _____
                                            EMILE A HENDERSON, III
                                            U.S. MAGISTRATE JUDGE

Case: 1:19-cv-00057-MEM-EAH   Document #: 263-1   Filed: 07/31/23   Page 2 of 2