IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS AND FIONA ROSS,            )<br>                                                              )<br>                         Plaintiffs,         )<br>                                                              )<br>        v.                                                  )<br>                                                              )<br>AARP SERVICES, INC., AARP, INC., AARP   )<br>OF THE VIRGIN ISLANDS, INC., GRUPO       )<br>COOPERATIVE SEGUROS MULTIPLES,       )<br>COOPERATIVE DE SEGUROS MULTIPLES  )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS              )<br>MANAGEMENT SERVICES, INC.,                  )<br>VERICLAIM, INC., and BYRON GILCHREST,  )<br>                                                              )<br>                         Defendants.       )<br>_____ ) | Civil Action No. 1:19-CV-57 |

## PLAINITFFS' MOTION TO VOLUNTARILY DISMISS DEFENDANT, BYRON GILCHREST, WITH PREJUDICE

COME NOW Plaintiffs, Darin Ross and Fiona Ross, by and through their undersigned attorney, and pursuant to Rule 41(a)(2), move this Honorable Court for the entry of an Order granting Plaintiffs' voluntary dismissal of Defendant, Byron Gilchrest, only, from this matter, with prejudice.  Plaintiffs further request that this dismissal be without conditions.

No party has any objection to this motion.

WHEREFORE, Plaintiffs asks this Honorable Court for the entry of an Order dismissing Defendant, Byron Gilchrest, only, from this matter with prejudice and without conditions.

|  |  |
|---|---|
|  | LAW OFFICES OF PAMELA LYNN COLON, LLC<br>Attorney for Plaintiffs |
| DATED:  July 31, 2023 | <u>/s/ Pamela Lynn Colon, Esquire</u><br>Pamela Lynn Colon, Esquire<br>Law Offices of Pamela Lynn Colon, LLC<br>2155 King Cross Street—Ste. 3<br>Christiansted, VI 00820-4842<br>Tel:  (340) 719-7100<br>Fax: (340) 719-7700<br>pamelalcolon@msn.com |