IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS AND FIONA ROSS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVE SEGUROS MULTIPLES, )<br>COOPERATIVE DE SEGUROS MULTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and BYRON GILCHREST, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:19-CV-57 |

**ORDER**

THIS CAUSE COMING TO be heard on Plaintiffs' Motion to Voluntarily Dismiss Defendant, Byron Gilchrest, only, from this matter with prejudice and without conditions, due notice having been given and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that Defendant, Byron Gilchrest, only, is dismissed from this matter with prejudice and without conditions.

SO ORDERED:

Dated:

_____
MALACHY E. MANNNION
UNITED STATES DISTRICT COURT JUDGE