# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS and FIONA ROSS, | )<br>) |
| Plaintiffs, | )    CASE NO.: 1:19-CV-57<br>) |
| v. | )<br>) |
| AARP SERVICES, INC., AARP, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO, OVERSEAS INSURANCE AGENCY, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., VERICLAIM, INC., AND BYRON GILCHREST, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## MOTION TO AMEND THE CAPTION

**COMES NOW** the Defendant, **GRUPO COOPERATIVO SEGUROS MULTIPLES** (*hereinafter* **"GCSM")**, by and through its undersigned counsel and moves this Honorable Court to amend the caption and to remove Defendant COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO, who was dismissed from the case by order dated September 29, 2022 [Docket #201].

**WHEREFORE,** it is respectfully requested that the Court be advised of the above and grant this motion.

<u>Motion to Amend the Caption</u>
DARIN ROSS & FIONA ROSS V. AARP SERVICES, INC., ET AL.
Page 2 of 2

Respectfully Submitted,

**GS LAW OFFICES P.C.**
*Counsel for Defendant GCSM*

Dated: August 7, 2023            By:   /s/ *Ann Cecile O'Neill*
                                                      **Ann Cecile O'Neill, Esq.**
                                                      VI Bar No.: 999
                                                      **Eugenio W.A. Géigel-Simounet, Esq.**
                                                      VI Bar No.: 665
                                                      5020 Anchor Way, 2nd Floor Gallows Bay
                                                      P.O. Box 25749 | Christiansted, VI 00824
                                                      Tel: (340) 778-8069 | Fax: (340) 773-8524
                                                      egeigel@gslawofficespc.com
                                                      aconeill@gslawofficespc.com
                                                      alicia@gslawofficespc.com *(legal secretary)*