IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

DARIN ROSS AND FIONA ROSS,      )
      )
      Plaintiffs,      )
      )
      v.      )      Civil Action No. 1:19-CV-57
      )
AARP SERVICES, INC., AARP, INC., AARP      )
OF THE VIRGIN ISLANDS, INC., GRUPO      )
COOPERATIVE SEGUROS MULTIPLES,      )
COOPERATIVE DE SEGUROS MULTIPLES      )
OF PUERTO RICO, OVERSEAS INSURANCE      )
AGENCY, INC., SEDGWICK CLAIMS      )
MANAGEMENT SERVICES, INC.,      )
VERICLAIM, INC., and BYRON GILCHREST,      )
      )
      Defendants.      )
_____ )

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, by and through their undersigned counsel, that this matter be dismissed, WITH PREJUDICE against Defendants, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., and VERICLAIM, INC., only, each party to bear their own costs and fees for the reason that the parties have amicably resolved their differences by way of settlement.  The case remains pending against Defendants, AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, and COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO.[1]

---

[1] An unopposed Motion to Dismiss Defendant, Bryon Gilchrest, with prejudice, was previously filed and is pending before the Court.

LAW OFFICES OF PAMELA LYNN COLON, LLC
Attorney for Plaintiffs

DATED:  August 8, 2023          */s/ Pamela Lynn Colon, Esquire*
Pamela Lynn Colon, Esquire
Law Offices of Pamela Lynn Colon, LLC
2155 King Cross Street—Ste. 3
Christiansted, VI 00820-4842
Tel:  (340) 719-7100
Fax: (340) 719-7700
pamelalcolon@msn.com

DATED:  August 8, 2023          */s/ Joshua D. Lerner*
RUMBERGER, KIRK & CALDWELL, P.A.
80 S.W. 8th Street, Suite 3000
Miami, Florida  33130
305-358-5577
305-371-7580 (facsimile)
jlerner@rumberer.com

DATED:  August 8, 2023          */s/ Richard H. Hunter, Esquire*
Richard H. Hunter, Esquire
RICHARD H. HUNTER, P.C.
(VI Bar No.: 332)
9800 Buccaneer Mall, Box #1
St. Thomas, VI  00802
Tel: (340) 714-1998
rhunter@rhuntervilaw.com