IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS AND FIONA ROSS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVE SEGUROS MULTIPLES, )<br>COOPERATIVE DE SEGUROS MULTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and BYRON GILCHREST, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:19-CV-57 |

### MOTION FOR LEAVE TO FILE PLAINTIFFS' MOTION TO ENFORCE MEDIATION SETTLEMENT AGREEMENT WITH DEFENDANTS, GRUPO SEGUROS MULTIPLES & COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO UNDER SEAL

COMES NOW Plaintiffs, Darin Ross and Fiona Ross, by and through their undersigned attorney, and move this Honorable Court for the entry of an Order permitting them to file their Motion to Enforce Mediation Settlement Agreement with Defendants, Grupo Seguros Multiples & Cooperativa de Seguros Multiples De Puerto Rico under seal. In support thereof Plaintiffs further state:

By its terms, the Mediation Settlement Agreement is confidential. Further, as it was part of a mediation, the terms of the agreement are also required to be kept confidential pursuant to Court rules governing the mediation process.

WHEREFORE, Plaintiffs, Darin Ross and Fiona Ross, ask this Honorable Court for the entry of an Order permitting them to file their Motion to Enforce Mediation

Settlement Agreement with Defendants, Grupo Seguros Multiples & Cooperativa de Seguros Multiples De Puerto Rico under seal.

                                        LAW OFFICES OF PAMELA LYNN COLON, LLC
                                        Attorney for Plaintiffs

DATED:  August 8, 2023       */s/ Pamela Lynn Colon, Esquire*
                                        Pamela Lynn Colon, Esquire
                                        Law Offices of Pamela Lynn Colon, LLC
                                        2155 King Cross Street—Ste. 3
                                        Christiansted, VI 00820-4842
                                        Tel:  (340) 719-7100
                                        Fax: (340) 719-7700
                                        pamelalcolon@msn.com