IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS AND FIONA ROSS,  )<br>  )<br>      Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>AARP SERVICES, INC., AARP, INC., AARP  )<br>OF THE VIRGIN ISLANDS, INC., GRUPO  )<br>COOPERATIVE SEGUROS MULTIPLES,  )<br>COOPERATIVE DE SEGUROS MULTIPLES  )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS  )<br>MANAGEMENT SERVICES, INC.,  )<br>VERICLAIM, INC., and BYRON GILCHREST, )<br>  )<br>      Defendants.  )<br>_____ ) | Civil Action No. 1:19-CV-57 |

## ORDER

THIS MATTER having come on to be heard regarding Plaintiffs' Motion for Leave to file their Motion to Enforce the Mediated Settlement Agreement with Defendants, Grupo Seguros Multiples & Cooperative De Seguros Multiples De Puerto Rico, due notice having been given and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File their Motion to Enforce the Mediated Settlement Agreement with Defendants, Grupo Seguros Multiples & Cooperative De Seguros Multiples De Puerto Rico **UNDER SEAL** is **GRANTED**.

SO ORDERED this ____day of _____2023.

_____
JUDGE OF THE DISTRICT COURT