## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**DARIN ROSS AND FIONA ROSS,**

        **Plaintiffs,**

  v.

**AARP, INC., AARP SERVICES, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., OVERSEAS INSURANCE AGENCY, INC., VERICLAIM, INC., and BYRON GILCHREST,**

        **Defendants.**

_____

1:19-cv-00057-MEM-EAH

**TO:**   Pamela L. Colon, Esq.
        *For Plaintiffs*
      Karen Ellis Carr, Esq.
      Eric Roman, Esq.
      Mattie Bowden, Esq.
      Andrew C. Simpson, Esq.
        *For AARP, Inc. and AARP Services, Inc.*
      Ann Cecile O'Neill, Esq.
      Eugenio W.A. Geigel-Simounet, Esq.
        *For GCSM and CSMPR*
      Richard H. Hunter, Esq.
      Joshua D. Lerner, Esq.
      Peter Tepley, Esq.
      Victor G. Sanabria, Esq.
        *For Vericlaim, Sedgwick, and Ragsdale*

## **ORDER**

**THIS MATTER** comes before the Court on a Motion for Leave to File Motion to Enforce Mediation Settlement Agreement Under Seal filed by Plaintiffs. Dkt. No. 268. Plaintiffs explain that the Mediation Settlement Agreement and its terms are confidential, and as such, they seek to file their Motion to Enforce that agreement under seal. *Id.*

*Ross v. AARP Services, Inc.*
1:19-cv-00057-MEM-EAH
Order
Page 2

Having considered the motion and being satisfied with the premises therein, it is hereby **ORDERED** that Plaintiffs' Motion for Leave to File Motion to Enforce Mediation Settlement Agreement Under Seal, Dkt. No. 268, is **GRANTED**.

ENTER:

Dated: August 8, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE