## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **DARIN ROSS AND FIONA ROSS,** | |
| Plaintiffs, | 1:19-cv-00057-MEM-EAH |
| v. | |
| **AARP, INC., AARP SERVICES, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., OVERSEAS INSURANCE AGENCY, INC., VERICLAIM, INC., and BYRON GILCHREST,** | |
| Defendants. | |

**TO:**     Pamela L. Colon, Esq.
            *For Plaintiffs*
        Karen Ellis Carr, Esq.
        Eric Roman, Esq.
        Mattie Bowden, Esq.
        Andrew C. Simpson, Esq.
            *For AARP, Inc. and AARP Services, Inc.*
        Ann Cecile O'Neill, Esq.
        Eugenio W.A. Geigel-Simounet, Esq.
            *For GCSM and CSMPR*
        Richard H. Hunter, Esq.
        Joshua D. Lerner, Esq.
        Peter Tepley, Esq.
        Victor G. Sanabria, Esq.
            *For Vericlaim, Sedgwick, and Ragsdale*

## ORDER

**THIS MATTER** came before the Court for a Status Conference on August 8, 2023. Plaintiffs were represented by Pamela Colon, Esq. Defendants AARP, Inc. and AARP Services, Inc. (collectively, "the AARP Defendants") were represented by Andrew C.

*Ross v. AARP Services, Inc.*
1:19-cv-00057-MEM-EAH
Order
Page 2

Simpson, Esq. and Defendants Sedgwick Claims Management Services, Inc., Vericlaim, Inc., and Russell Ragsdale (collectively, "the Adjuster Defendants") were represented by Richard H. Hunter, Esq.[1] Defendants Grupo Cooperativo Seguros Multiples and Cooperativa De Seguros Multiples of Puerto Rico (collectively, "the Grupo Defendants") were represented by Eugenio W.A. Geigel-Simounet, Esq.

At the Status Conference, the Court and the Grupo Defendants discussed outstanding issues preventing the stipulation of dismissal from being filed, specifically debated release language. After the colloquy with the parties, the Court briefly recessed the conference so that Attorney Geigel-Simounet could discuss the matter further with his client. After the recess, Attorney Geigel-Simounet stated that the parties had resolved the issue preventing the parties from executing the release documents and filing a stipulation of dismissal with the Court. Plaintiffs' counsel concurred with Attorney Geigel-Simounet's statement to the Court. After further discussion with the Court, the parties agreed that they could file stipulations of dismissal within thirty days after the necessary documents were finalized and executed.

Accordingly, it is hereby **ORDERED**:

1. The Plaintiffs and the Grupo Defendants shall file a joint stipulation or notice of dismissal by **September 15, 2023.**

2. If the joint stipulation or notice of dismissal is not filed by September 15, 2023, then a Status Conference in this matter will be set for **Monday, September 18, 2023** at **9:00 a.m.** in **STX Courtroom 3.** All counsel shall appear **in person,**

---

[1] These attorneys were excused at the beginning of the hearing because the Plaintiffs filed a Motion to Dismiss and/or Stipulation as to the Adjuster Defendants, Dkt. Nos. 264, 267, and indicated that a Stipulation was forthcoming as to the AARP Defendants.

*Ross v. AARP Services, Inc.*
1:19-cv-00057-MEM-EAH
Order
Page 3

and Representative(s) with full authority for the Grupo Defendants shall also appear **in person**.

          ENTER:

Dated: August 8, 2023          /s/ Emile A. Henderson III
          EMILE A. HENDERSON III
          U.S. MAGISTRATE JUDGE