IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS AND FIONA ROSS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVE SEGUROS MULTIPLES, )<br>COOPERATIVE DE SEGUROS MULTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and BYRON GILCHREST, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:19-CV-57 |

## **STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties, by and through their undersigned counsel, that this matter be dismissed, WITH PREJUDICE against Defendants, AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., only, each party to bear their own costs and fees for the reason that the parties have amicably resolved their differences by way of settlement. The case remains pending against Defendants, GRUPO COOPERATIVO SEGUROS MULTIPLES, and COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO.[1]

---

[1] An unopposed Motion to Dismiss Defendant, Bryon Gilchrest, with prejudice, was previously filed and is pending before the Court.

        LAW OFFICES OF PAMELA LYNN COLON, LLC
        Attorney for Plaintiffs

DATED:  August 9, 2023      */s/ Pamela Lynn Colon, Esquire*
        Pamela Lynn Colon, Esquire
        Law Offices of Pamela Lynn Colon, LLC
        2155 King Cross Street—Ste. 3
        Christiansted, VI 00820-4842
        Tel:  (340) 719-7100
        Fax: (340) 719-7700
        pamelalcolon@msn.com


DATED:  August 9, 2023      */s/ Karen Ellis Carr*
        Karen Ellis Carr
        ArentFox Schiff LLP
        1717 K Street, NW
        Washington, DC  20006
        202-8576000
        Karen.carr@afslaw.com


DATED:  August 9, 2023      */s/ Joshua D. Lerner*
        RUMBERGER, KIRK & CALDWELL, P.A.
        80 S.W. 8th Street, Suite 3000
        Miami, Florida  33130
        305-358-5577
        305-371-7580 (facsimile)
        jlerner@rumberer.com