IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS AND FIONA ROSS,      )<br>                                                             )<br>                           Plaintiffs,     )<br>                                                             )<br>           v.                                               )<br>                                                             )<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO  )<br>COOPERATIVE SEGUROS MULTIPLES,  )<br>COOPERATIVE DE SEGUROS MULTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS          )<br>MANAGEMENT SERVICES, INC.,                )<br>VERICLAIM, INC., and BYRON GILCHREST, )<br>                                                             )<br>                           Defendants.   )<br>_____ ) | Civil Action No. 1:19-CV-57 |

## ORDER ON STIPULATION FOR DISMISSAL

**THIS MATTER** having come on to be heard regarding the Stipulation for Dismissal of Defendants, AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., only, and the Court being fully advised in the premises:

IT IS HERBY ORDERED that that this matter is **DISMISSED**, WITH PREJUDICE as to Defendants, AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., only, each party to bear their own costs and fees; and,

IT IS FURTHER ORDERED that this matter remains pending against Defendants, GRUPO COOPERATIVO SEGUROS MULTIPLES, and COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO.

SO ORDERED this ____day of _____2023.

_____
JUDGE OF THE DISTRICT COURT