# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| **DARIN ROSS AND FIONA ROSS,**<br><br>　　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**AARP, INC., AARP SERVICES, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., OVERSEAS INSURANCE AGENCY, INC., VERICLAIM, INC., and BYRON GILCHREST,**<br><br>　　　　　　　**Defendants.**<br>_____ | 1:19-cv-00057-MEM-EAH |

**TO:**　　Pamela L. Colon, Esq.
　　　　　Karen Ellis Carr, Esq.
　　　　　Eric Roman, Esq.
　　　　　Mattie Bowden, Esq.
　　　　　Andrew C. Simpson, Esq.
　　　　　Ann Cecile O'Neill, Esq.
　　　　　Eugenio W.A. Geigel-Simounet, Esq.
　　　　　Richard H. Hunter, Esq.
　　　　　Joshua D. Lerner, Esq.
　　　　　Peter Tepley, Esq.
　　　　　Victor G. Sanabria, Esq.

## ORDER

**THIS MATTER** comes before the Court on the Motion to Amend/Correct the Caption filed by Defendant Grupo Cooperativo Seguros Multiples ("Grupo"). Dkt. No. 266.

In the motion, Grupo seeks to remove Defendant Cooperativa de Seguros Multiples of Puerto Rico, noting that they were dismissed from the case by order dated September 29, 2022. *Id.*

*Ross v. AARP Services, Inc.*
1:19-cv-0005-MEM-EAH
Order
Page 2

At the status conference before this Court on August 8, 2023, Attorney Geigel-Simounet stated that he would withdraw the motion to amend/correct since both parties stated to the Court and agreed that Cooperativa de Seguros Multiples of Puerto Rico is a party to the settlement agreement, has signed off on the same, and therefore, it would be imprudent to remove it from the case caption at this time. However, despite advising the Court that he would file the motion to withdraw the motion to amend, to date Attorney Geigel-Simounet has not done so. The Court having reviewed the file and taken under consideration the arguments and concessions made at the August 8, 2023 status conference, believes that it is appropriate that it deny Defendant Grupo's motion to amend/correct the caption.

Accordingly, it is now hereby **ORDERED** that Grupo's Motion to Amend/Correct the Caption, Dkt. No. 266, is **DENIED**.

ENTER:

Dated: August 17, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE