# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS and FIONA ROSS, ) | |
| ) | |
| Plaintiffs, ) | CASE NO.: 1:19-CV-57 |
| ) | |
| v. ) | |
| ) | |
| AARP SERVICES, INC., AARP, INC., ) | |
| GRUPO COOPERATIVO SEGUROS ) | |
| MULTIPLES, COOPERATIVA DE ) | |
| SEGUROS MULTIPLES OF PUERTO ) | |
| RICO, OVERSEAS INSURANCE ) | |
| AGENCY, INC., SEDGWICK CLAIMS ) | |
| MANAGEMENT SERVICES, INC., ) | |
| VERICLAIM, INC., AND BYRON ) | |
| GILCHREST, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON STIPULATION FOR DISMISSAL

**THIS MATTER** having come before this Court on the Stipulation for Dismissal of Defendants, GRUPO COOPERATIVO SEGUROS MULTIPLES and COOPERATIVA DE SEGUROS MÚLTIPLES OF PUERTO RICO, and Court being fully advised in the premises, it is hereby:

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendants, GRUPO COOPERATIVO SEGUROS MULTIPLES and COOPERATIVA DE SEGUROS MÚLTIPLES OF PUERTO RICO, each party to bear their own costs and fees; and it is further

**ORDERED** that a copy of this Order shall be distributed to counsel of record.

**SO ORDERED** this _____ day of _____, 2023.

_____
**EMILE A. HENDERSON III**
U.S. MAGISTRATE JUDGE