**DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **DARIN ROSS and FIONA ROSS,** | : | |
| **Plaintiffs** | : | **CIVIL ACTION NO. 1:19-0057** |
| **v.** | : | **(JUDGE MANNION)** |
| **AARP, INC.; AARP SERVICES, INC.;** | : | |
| **GRUPO COOPERATIVE SEGUROS** | | |
| **MULTIPLES; COOPERATIVA DE** | : | |
| **SEGUROS MULTIPLES DE PUERTO** | | |
| **RICO; SEDWICK CLAIMS** | : | |
| **MANAGEMENT SERVICES, INC.;** | | |
| **OVERSEAS INSURANCE AGENCY,** | : | |
| **INC.; VERICLAIM, INC.; and BYRON** | | |
| **GILCHREST,** | : | |
| **Defendants** | : | |

## O R D E R

It appearing that all of the Defendants have settled this action, Plaintiffs' counsel is directed to advise the Court, on or before October 13, 2023, as to whether or not Plaintiff's claims against Defendant, Overseas Insurance Agency, Inc., have been resolved and are subject to dismissal such that the entire case may be closed. Should Defendant, Overseas Insurance Agency, Inc., not be subject to dismissal from this action, Plaintiffs' counsel is directed to provide proof to the Court that Defendant, Overseas

Insurance Agency, Inc., was timely and properly served with Plaintiffs' Complaint pursuant to Fed.R.Civ.P. 4.

**MALACHY E. MANNNION**
**United States District Court**

**DATE: October 5, 2023**

19-57-07