IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| DARIN ROSS AND FIONA ROSS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVE SEGUROS MULTIPLES, )<br>COOPERATIVE DE SEGUROS MULTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and BYRON GILCHREST, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:19-CV-57 |

## **NOTICE TO THE COURT**

COMES NOW Plaintiffs, Darin Ross and Fiona Ross, by and through their undersigned counsel, and give Notice to the Court that Plaintiffs' never served Defendant, Overseas Insurance Agency, Inc., and the case against Defendant, Overseas Insurance Agency, Inc. are subject to dismissal such that the entire case may be closed.

                                    LAW OFFICES OF PAMELA LYNN COLON, LLC
                                    Attorney for Plaintiffs

DATED: October 13, 2023      By:    <u>/s/Pamela Lynn Colon, Esquire</u>
                                                Pamela Lynn Colon, Esquire
                                                VI Bar No. 801
                                                2155 King Cross Street, Suite 3
                                                Christiansted, St. Croix 00820
                                                (340) 719-7100
                                                (340) 719-7700 (facsimile)
                                                <u>pamelalcolon@msn.com</u>